UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

Frederick Banks, Plaintiff,
vs.
Soo Song, US Attorney; Robert Cessar, AUSA; Mark R. Hornak, J;
United States District Court for the Western District of Pennsylvania;
S.A. Sean Langford; S.A. Robert Werner; S.A. in Charge Scott Smith; Mike Pompeo;
Federal Bureau of Investigation; Central Intelligence Agency; United States Marshals
c/o U.S. Attorney's Office, 4000 US Courthouse, 700 Grant Street
Pittsburgh, PA 15219; Adrian Roe, Esquire, 428 Blvd of the Allies, Fifth Floor, Pittsburgh, PA 15219;
SIS Lt. Perez; SIS Tech Llyod, PO Box 1600, Butner, NC 27509;   Defendants.   (Related to USA v. Banks 15CR168 (WDPA))

Civil Action No. 5:17-cv-109-GNS

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 20 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**COMPLAINT FOR A WRIT OF QUO WARRANTO, PROHIBITION AND MANDAMUS**

Plaintiff Frederick Banks, an American Indian files the foregoing complaint and alleges as follows; This court has jurisdiction because the statements were read by people in this district and caused harm to plaintiff.

1. Judge Mark Hornak defamed publically Plaintiff when he stated at a July 10, 2017 hearing that Plaintiff was involved in millions of dollars of illegal stock trades. Plaintiff is charged in the criminal matter with attempted wire fraud related to forex.com applications and trade totalling under $200,000. Forex is currency traded on the foreign exchance it isn't stocks nor securities because it's not registered. Hornak intentionally mis-stated the facts to keep plaintiff confined and to delay the case. Robert Cessar the AUSA cited to the 80's band "Flock of Seagulls" at the hearing because he wanted to see plaintiff exiled from his native home of Pittsburgh, PA which is why Cessar, Roe and Hornak caused Plaintiff to be put into a mental hospital and on mental evaluations for two years so that he would be forced from his home because of the lawsuits plaintiff filed against the FBI and the government to expose the fact that the FBI set him up in a previous criminal case Google: "Banks v. Pinvichny" which resulted in a finding from Dr. Allissa Marquez at FMC Butner that plaintiff was never incompetent and has no mental disease or defect. While at Butner SIS LT Perez and SIS Tech Llyod filed false, fabricated and frivilous reports against Plaintiff at the request of the FBI and government to doctor his file so that he could be made to look dangerous for the sole purpose of keeping him confined in prison. In short Honak, Perez, Llyod, Cessar, and Roe conspired together to keep Plaintiff confined by riddling the public record with lies that defamed Plaintiff's character and libeled it by continually calling him incompetent which caused him to be removed from his home and placed into prison beyond his maximum top end guidelines sentence over 5 more months than the case carried. Hornak recognized the his own bias when he stated on 7/10/17 that if he were to recuse because of his association with Magistrate Judge Cynthia Reed Eddy (Eddy along with Pivnichny were involved in the case fixing scheme that set up plaintiff in USA v. Banks 03-CR-245 (WDPA) at the time of their scam Judge Eddy was an attorney) that he would have to find a Judge from a District outside of the Western District of Pennsylvania to sit on this case. Plaintiff readily agreed with Honak that this should immediately occur. To date Hornak has not made a decision on this nor Plaintiff's release even though he is well over his maximum prison term even if he were convicted on all the charges. The defamation and libel held plaintiff's name out in a bad light and damaged his public and private reputation and caused him both personal and economic harm. Also, the allegation that Plaintiff was incompetent because he would not accept a time served guilty plea violated the presumption of innocence in violation of the Fifth and Sixth Amendments. Soo Song personally participated in this illegal running of the ship and violated Plaintiff's rights. Adrian Roe sent Robert Cessar an email on June 7, 2017 requesting FISA (Foreign Intelligence Surveillance Act) materials yet Roe, Hornak and Cessar continue to assert that Plaintiff is delusional for wanted to see if the government had a FISA order or have FISA materials on Plaintiff which material could also contained Brady exculpatory evidence to defend the criminal case.

2. That defendant's in his criminal case have delayed the case to intentionally keep him confined beyond his maximum term. Defendant is being unlawfully held beyond his maximum possible sentence which is 38 months with good time. Defendant has over 45 months served which includes 20 months for prior credit time. Adrian Roe continues to lie and assert that defendant isn't over his max sentence.

3. Defendant's Adrian Roe, Esquire; Mark R. Hornak, J; Robert Cessar, AUSA; Soo Song, US Attorney; United States District Court for the Western District of Pennsylvania;  S.A. Sean Langford; S.A. Robert Werner; S.A. in Charge Scott Smith; Mike Pompeo;
Federal Bureau of Investigation; Central Intelligence Agency; have delayed the criminal case to keep Plaintiff confined unlawfully by asserting that Plaintiff was mentally ill. On April 28, 2017 Dr. Allissa Marquez testified that Plaintiff "was never incompetent and does not have a "mental disease or defect". In violation of the Sixth Amendment Right to Speedy Trial and constituted an Abuse of the Competency Process.

4. Counsel Adrian Roe gave Plaintiff one option which was to plead guilty and asserted that Plaintiff was "delusional" because he declined to accept a time served plea deal and instead requested to proceed to trial and represent himself in violation of 28 U.S.C. 1654 and in violation of the Fifth Amendment Due Process Clause. Hornak held yet another hour long evidentiary hearing yet did not make substantive rulings seeks to appoint additional counsel to delay the case further.

5. Plaintiff seeks declaratory relief against Judge Hornak declaring that the Judge has unlawfully delayed the case in violation of his clear legal duty in 28 USC 453 owed to Plaintiff. Plaintiff seeks monetary relief against all of the other defendant's for asserting frivolous legal positions to delay his case and under threat, duress and coercive tactics giving him one option which was plead guilty or we will keep you confined and kept Plaintiff confined over his maximum possible sentence. Under Booker, Blakely, Cunningham and Apprendi the maximum possible sentence is not what the charge carries but what the top end of the guidelines range is without any additional judicial fact finding. Judge Hornak claimed that this law did not apply to Plaintiff, a federal pretrial inmate. The Court should order Honrak to do his duty owed and get the case moving. The court should order that these public and private officials be removed from office and sanctioned in the most effective matter along with all other requested or warranted relief and should be prevented upon threat of criminal charges from committing the same going forward in the future. See O'Bryan v. Chandler (10th Cir.)(stating that a Judge has the power to present criminal wrong doing to a grand jury under the common law) In addition Plaintiff should be discharged from unlawful confinement. Defendant's violated by the doing the above the First, Fourth, Fifth and Sixth Amendments.

6. Since Defendant's violated Plaintiff's constitutional rights he is entitled to damages against them and they are liable in the amount of 855,000,000.00 plus costs interests and fees. **Imminent Danger** -  Judge Hornak is keeping plaintiff confined beyond his max top end guideline sentence because of his suits against the government in violation of the first amendment and there was a recent stabbing of a prisoner at NEOCC and officials here haven't taken precautions to prevent future inmate stabbings. Vandiver v Vasbinder (2011, CA6 Mich) 416 Fed Appx 560, 2011 FED App 181N; Chavis v Chappius (2010, CA2 NY) 618 F.3d 162

**WHEREFORE**, Judgment should be entered against Defendant's and for Plaintiff in the amount of $855,000,000.00 plus costs, interest and fees, Defendant's should be removed from public office. Plaintiff should be discharged from custody along with all other requested or warranted relief.

Frederick Banks c/o Chief Justice John Roberts, 1 First Street, NW, Washington DC. 20001   PLAINTIFF  Hamilton Brown, LLP
www.facebook.com/hamiltonbrownfirm 412-475-8384

1

Shortly after I returned from Europe, an FBI Special Agent Timothy Pivnichny intimidated my ex-fiancee, with a loaded handgun during an interview in Pittsburgh, Pennsylvania in 2003 directly before she testified in front of a Grand Jury. Cynthia Reed Eddy, Bondi's then-counsel, was present during the interview (Eddy is now a Magistrate Judge), and "never mentioned this to anyone even though she knew it was wrong." After I attempted to expose Pivnichny, Pivnichny either repaired or caused to be repaired an "Orbit II DVD/CD Copier made by Microboards" that I had already made arrangements to return to Microboards for repair or replacement. Pivnichny also fixed the Orbit II device to "set me up".

Following that investigation in 2004, I was convicted of mail fraud, criminal copyright infringement, uttering and possession of a counterfeit or forged security, and witness tampering in relation to sales of software online. The charges were completely fabricated. The reason I had the Orbit II was because I own and operate a record label and I'm a international recording artist. My bands are called Vampire Nation, and July (Google: "Vampire Nation music" VN's latest CD's are called "Calafia" and "Breathless" released in 2013 and there is a video on mtv.com and cmt.com and "July love Apocolypse") and I own Hexagon Records and several other companies in the music industry and a legal research firm. www.facebook.com/hexandthecity I'm also an artist, writer, photographer and investor. There is a video on my facebook page of me playing guitar It's Frederick Banks (Pittsburgh) on facebook.

While in prison I became famous for litigation and prevailed in over 96 federal decisions. There is no lawyer litigating federal law today has won as many decisions as I have. I'm listed on the largest settlement in U.S. History Cobell v. Jewel which was settled for $3.4 Billion Dollars by the Obama Administration. See attached. When I was at NEOCC in 2013-14 on a violation I hit the front page of the USA Today, Businessweek, the New York Post, Pittsburgh Post Gazette, Associated Press and Reuters among others for the Bernard Madoff litigation. See reuters.com at "Frederick Banks". The press was bad because I was freeing the biggest villian in the federal system but it made me infamous in the legal field which helped me start a firm called Hamilton Brown www.facebook.com/hamiltonbrownfirm. We lost that case and the appeal was dismissed. However, I filed other litigation in Mr. Madoff's case and we are currently on appeal. Recently the Second Circuit Court of Appeals issued a limited remand in the case which means they returned the case to the District Court in NYC. If we win that litigation Madoff will be released from prison and his sentence of 150 years.

The reason I'm currently being held is because after I was released while I was working at the Westcott Law Firm, LLC as a paralegal in Pittsburgh I met with a Private Investigator who is well connected. He had a picture hanging on his wall with Liddy from Watergate. I told him how the FBI set me up and may have put me under unlawful CIA FISA electronic surveillance (CIA may have an unlawful program of electronic harassment See wired.com at "The Voice of God Weapon Returns") beginning in 2011 because I was trying to expose the set up. He told me to take a polygraph and that he wanted to give the FBI a black eye by exposing them. I then contacted a polygraph examiner. While I was researching I filed over two dozen civil cases against the FBI. See, Banks v. Pivnichny, 3:15-cv-0849 JCH (D. Ct., June 1, 2015); Banks v. Pivnichny, 3:15-cv-0826 CSH (D. Ct., May 29, 2015). He has also filed identical complaints in many other federal district courts around the country. See Banks v. Pivnichny, 3:15-cv-00091 RRB (D. Alaska, June 8, 2015); Banks v. Pivnichny, 2:15-cv-0369 WKW SPW (M.D. Ala., May 28, 2015); Banks v. Pivnichny, 1:15-cv-0281 WS B (S.D. Ala., May 26, 2015); Banks v. Pivnichny, 5:15-cv-5131 TLB (W.D. Ark., June 9, 2015); Banks v. Pivnichny, 1:15-cv-1141 GPG (D. Colo., June 1, 2015); Banks v. Pivnichny, 1:15-cv-0440 LPS (D. Del., May 29, 2014); Banks v. Pivnichny, 8:15-cv-1299 CEH JSS (M.D. Fla. (Tampa), May 29, 2015); Banks v. Pivnichny, 2:15-cv-0325 SPC CM (M.D. Fla. (Ft. Myers), May 29, 2015); Banks v. Pivnichny, 6:15-cv-0924 JA DAB (M.D. Fla. (Orlando), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0104 MW GRJ (N.D. Fla., May 29, 2015); Banks v. Pivnichny, 1:15-cv-22166 CMA (S.D. Fla., June 8, 2015); Banks v. Pivnichny, 7:15-cv-0096 WLS (M.D. Ga. (Valdosta), June 8, 2015); Banks v. Pivnichny, 3:15-cv-0059 WLS (M.D. Ga. (Athens), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0095 WLS (M.D. Ga. (Albany), June 8, 2015); Banks v. Pivnichny, 4:15-cv-0089 WLS (M.D. Ga. (Columbus), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0020 (D. Guam, June 8, 2015); Banks v. Pivnichny, 1:15-cv-0216 SOM BMK (D. Haw., June 9, 2015); Banks v. Pivnichny, 1:15-cv-0189 EJL (D. Idaho, June 1, 2015); Banks v. Pivnichny, 1:15-cv-4766 (N.D. Ill., May 29, 2015); Banks v. Pivnichny, 1:15-cv-3368 NLH KMW (D.N.J., May 15, 2015); Banks v. Pivnichny, 5:15-cv-0530 F (W.D. Okla., May 15, 2015); and Banks v. Pivnichny, 2:15-cv-0700 DSC LPL (W.D. Pa., May 29, 2015).

The case I filed in Hawaii (I'm a stock and real estate investor and invest heavily in Hawaii properties) on June 9, 2015 the judge ruled that the case could go foward and gave me until June 29, 2015 to file an Amended Complaint. However, five weeks later on August 7, 2015 I was arrested by 20 FBI agents for harassing communications. In January 2016 they added Wire Fraud charges which were the same charges I already did time on (they said I lied in an online application). In short the charges are bogus. This has been the most craziest case I have ever been involved in. When I declined to take their time served plea which they offered a week after I was arrested they said I was mentally ill and sent me on mental evaluations and then committed me in a federal mental hospital in North Carolina which was quite funny actually because while there I litigated for the patients who were estatic that someone was finally helping them. I filed a pro se Habeas Corpus against the trial judge in the Pennsylvania criminal case seeking immediate release. The court dismissed the habeas case and I appealed to the Fourth Circuit court of appeals. Two months after I filed the pro se appellant brief and while the government and PA court had me mentally committed the 4th Circuit scheduled oral arguments on May 8, 2017 in the case and appointed a D.C. Lawyer. After a Dr. at the hospital in a competency hearing on April 28, 2017 told the criminal trial judge in PA that I had no "mental disease or defect" I was discharged from the hospital on May 8, 2017 a day before the oral arguments in the 4th circuit. (See Banks v. Hornak (4th Cir.) @ www.ca4.uscourts.gov ) In November 2016 while at the mental hospital I had communications with Ivanka Trump. In a letter I sent to her on the day of the Presidential election I told her to leave the Trump Organization and that the Trump Campaign was under CIA electronic surveillance under FISA. In December 2016 CNN reported that Ivanka Trump left the Trump Organization (she letter became a white house staffer) and in March 2017 President Trump was all over the news saying that there was a FISA Warrant on him and Congressman Nunes stated that he had seen evidence that members of the Trump Campaign's conversations were "incidentially collected" under FISA. So I was correct in my allegation.

So in short I was arrested not for a crime but because I was exposing one aka the FBI set up and <u>I'm now confined for over 4 months longer than the maximum time I can get even if I was convicted on all the charges.</u> I keep rejecting the time served plea they keep offering because I'm taking it to trial and am representing myself. Currently, I'm awaiting a decision on some motions that were put in if I win those I could be immediately released at any time.

Frederick Banks
0571106 8
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

5:17-cv-109-GNS

Clerk, US District Court
US Courthouse
(PO Box
501 Broadway
Paducah, KY 42001)

Legal mail

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 20 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

US POSTAGE
$ 00.46
Mailed From 44505
07/17/2017
031A 0005181467

COMMUNICATION HAS NOT BEEN INSPECTED BY OHIO CORRECTIONAL CENTER. IT WILL NOT BE RESPONSIBLE FOR THE CONTENTS OR CENSORED AND